United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3016 |
| | § | |
| **JACKSON WALKER LLP** | § | |
| and | § | |
| **HOUSTON 2425 GALLERIA, LLC,** | § | |
| | § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

Before the Court is the Motion to Remand (ECF No. 13). After review of the Motion and the docket, Justin Rayome, the Attorney who filed the Motion to Remand must appear and show cause why he has authority to file the Motion to Remand.

Jetall Companies, Inc. ("Jetall") filed this lawsuit in state court on January 23, 2025.[1] It was removed to this Court 4 days later.[2] During the pendency of this Adversary, in a separate bankruptcy case, Jetall's Chapter 11 case was converted to a Chapter 7.[3] The conversion occurred on March 6, 2025.[4] Subsequently, the United States Trustee appointed Eva S. Engelhart as the Chapter 7 Trustee for the Jetall bankruptcy case.[5] Four days after the conversion, on March 10, 2025, Jetall, by and through Justin Rayome, filed the Motion to Remand in this Adversary case.[6]

---

[1] ECF No. 1 Ex. 1.
[2] ECF No. 1.
[3] The debtor is Case No. 24-35761 is the same Jetall Companies, Inc. as the Plaintiff in this case based off of Plaintiff's Original Petition (ECF No. 1).
[4] Case No. 24-35761 ECF No. 68.
[5] Case No. 24-35761 ECF No.
[6] ECF No. 13.

After the conversion of Jetall's bankruptcy case, this Adversary Case now belongs to the Chapter 7 Trustee in Jetall's Chapter 7 Case pursuant to 11 U.S.C. § 541(a)(1) and 11 U.S.C. § 704(a).[7] Justin Rayome is not counsel for the Chapter 7 Trustee in that case. Thus, Justin Rayome is ordered to show cause why he has authority to file the Motion to Remand.

**THEREFORE, IT IS ORDERED** that Justin Rayome appear and show cause why he has authority to file the Motion to Remand.

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 9:30 a.m. on March 17, 2025, in Courtroom 403, 515 Rusk Street, Houston, Texas.

SIGNED 03/13/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[7] Case No. 24-35761.