United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3016 |
| | § | |
| **JACKSON WALKER LLP** | § | |
| and | § | |
| **HOUSTON 2425 GALLERIA, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER CANCELING SHOW CAUSE HEARING

The plaintiff, Jetall Companies Inc., has withdrawn its Motion for Remand (ECF No. 19). Accordingly, the hearing set on the Order to appear and show cause why Justin Rayome has authority to file the Motion to Remand is canceled.

**SO ORDERED.**

SIGNED 03/17/2025

_____
Jeffrey Norman
United States Bankruptcy Judge