United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3016 |
| | § | |
| **JACKSON WALKER LLP** | § | |
| and | § | |
| **HOUSTON 2425 GALLERIA, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ABATING CASE

This case is abated given the Chapter 7 filing of the Plaintiff, Jetall Companies, Inc.[1]  A Status Conference is set for 11:00 a.m. on March 3, 2026.

**SO ORDERED.**

SIGNED 03/24/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Case no. 24-35761.

1 / 1