United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3016 |
| | § | |
| **JACKSON WALKER LLP** | § | |
| and | § | |
| **HOUSTON 2425 GALLERIA, LLC,** | § | |
| | § | |
| Defendants. | § | |

**ORDER ABATING CASE**

This case is abated given the Chapter 7 filing of the Plaintiff, Jetall Companies, Inc.[1] A Status Conference is set for 11:00 a.m. on March 3, 2026.

**SO ORDERED.**

SIGNED 03/24/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Case no. 24-35761.

1 / 1

United States Bankruptcy Court
Southern District of Texas

Jetall Companies, Inc.,
    Plaintiff

Jackson Walker LLP,
    Defendant

Adv. Proc. No. 25-03016-jpn

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 1
Date Rcvd: Mar 24, 2025      Form ID: pdf002      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Houston 2425 Galleria, LLC |
| dft | | Jackson Walker LLP |
| pla | | Jetall Companies, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Troop | on behalf of Defendant Houston 2425 Galleria  LLC andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com |
| Charles Clayton Conrad | on behalf of Defendant Houston 2425 Galleria  LLC charles.conrad@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com |
| Justin Peter Louis Rayome | on behalf of Plaintiff Jetall Companies  Inc. justin.rayome.law@gmail.com |

TOTAL: 3